UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**[Filed Electronically]**

KATHERINE ANN ASHLEY,
KATELYN PHILLIPS
SAVANNAH SMITH, and
DEANNIA KEITH
    PLAINTIFFS

                              Case No. 2:24-cv-00011
v.                        Judge Waverly D. Crenshaw, Jr.
                        Magistrate Judge Alistair E. Newbern

COLTAN JONES, Individually; and
Sheriff Michael Reagon, individually; and
FENTRESS COUNTY
    DEFENDANTS

---

### DEFENDANT COLTAN JONES' MOTION TO STAY
### CIVIL PROCEEDINGS AND FILING OF ANSWER

---

      Comes now Defendant Coltan Jones, individually, through counsel, and respectfully submits his motion to stay the civil proceedings against him, including the filing of an answer, for six months due to a related pending criminal action arising out of the same allegations contained in the Plaintiffs' Complaint. A memorandum of law in support of Defendant's motion and a proposed order are simultaneously tendered herewith.

      Pursuant to Local Rule 7.01, the undersigned has conferred with all parties to this litigation concerning this motion to stay. The parties are in agreement on a six-month stay as it pertains to Defendant Jones. Plaintiffs' counsel does not oppose a stay and does not object to Defendant Jones not filing an answer during the stay. Defendant Jones stipulates that should the criminal case resolve during the stay, Defendant Jones will promptly notify all counsel and the Court.

1

Respectfully submitted,

*/s/ L. Scott Miller*
L. Scott Miller, TN BPR # 034102
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507

STURGILL, TURNER, BARKER & MOLONEY, PLLC
415 West Central Avenue, Suite 1
LaFollette, Tennessee 37766-3463
(859) 255- 8581
smiller@sturgillturner.com
*Counsel for Defendant Coltan Jones*

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2024, the foregoing document was filed with the CM/ECF filing system and that a true and correct copy was served electronically on the counsel of record and/or via regular U.S. Mail, postage prepaid, upon the following:

Wesley Ben Clark, #32611　　　　　　wesley@brazilclark.com
Frank Ross Brazil, #34586　　　　　　frank@brazilclark.com
Paul D. Randolph, #39667　　　　　　paul@brazilclark.com
BRAZIL CLARK, PLLC
2901 Dobbs Avenue
Nashville, TN 37211
*Counsel for Plaintiffs*

Robyn Beale Williams　　　　　　　　rwilliams@fbb.law
William Hamner Leslie　　　　　　　　bleslie@fbb.law
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
*Counsel for Defendant Sheriff Reagon and Fentress County, Tennessee*

Arthur F. Knight, III　　　　　　　　aknight@taylorknightlaw.com
Taylor, Fleishman & Knight, G.P.
800 South Gay Street, Suite 600
Knoxville, TN 37929

/s/ *L. Scott Miller*
L. Scott Miller
*Counsel for Defendant Coltan Jones*

4866-1381-2668, v. 1